IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

CHARLES J. KAGIGEBI,

                    Plaintiff[1],                                    ORDER

      v.                                                        11-cv-395-slc

LT. KURT BARTHEL, DEPUTY SUNDERLAND,
DEPUTY WHITE, DEPUTY PETERSON,
DEPUTY SAJDERA, DEPUTY ORMSON,
DEPUTY HODGKINSON, DEPUTY AMUNDSON,
DEPUTY MIROSLAW and DR. MURRY,

                 Defendants.
_____

      Plaintiff Charles Kagigebi, a prisoner at the Columbia Correctional Institution in Portage, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a full six-month trust fund account statement with his complaint.

      Plaintiff's complaint was filed on May 23, 2011. His trust fund account statement should cover the six-month period beginning approximately November 23, 2010 and ending approximately May 23, 2011. Instead, plaintiff submitted a canteen statement for May 18, 2011. Once plaintiff has submitted the complete six-month statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this

_____

      [1]I have amended the caption to correct the spelling of plaintiff's last name from Kagegebi to Kagigebi as more correctly identified in the case initiating pleadings.

order to prison officials to insure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Charles Kagigebi may have until June 27, 2011, in which to submit a certified copy of his trust fund account statement for the period beginning approximately November 23, 2010 and ending approximately May 23, 2011.  If, by June 27, 2011, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily.  In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 6th day of June, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

2