IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES J. KAGIGEBI,

    Plaintiff,

v.

LT. KURT BARTHEL,
DEPUTY SUNDERLAND,
DEPUTY WHITE, DEPUTY PETERSON,
DEPUTY SAJDERA, DEPUTY ORMSON,
DEPUTY HODGKINSON,
DEPUTY AMUNDSON,
DEPUTY MIROSLAW and DR. MURRAY,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-395-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Lt. Kurt Barthel, Deputy Sunderland, Deputy White, Deputy Peterson, Deputy Sajdera, Deputy Ormson, Deputy Hodgkinson, Deputy Amundson, Deputy Miroslaw and Dr. Murray dismissing this case with prejudice.

_____      11/3/11
Peter Oppeneer, Clerk of Court          Date